**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-7336**

—————————

In Re:    BRIAN KEITH BREVARD,

                                        Petitioner.

—————————

On Petition for Writ of Mandamus. (CR-98-297)

—————————

Submitted:  October 7, 2004        Decided:  October 15, 2004

—————————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

—————————

Petition denied by unpublished per curiam opinion.

—————————

Brian Keith Brevard, Petitioner Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brian Keith Brevard petitions for writ of mandamus. He seeks an order directing the district court to perform its ministerial duties and consider his objections to his previously imposed criminal sentence.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

The relief sought by Brevard is not available by way of mandamus. Accordingly, although we grant his motion for leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -